UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JASON BLACK, | ) | |
|     Movant, | ) | |
| | ) | |
|   vs. | ) | No. IP05-CR-119-02 |
| | ) | 1:08-cv-368-SEB-JMS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**Entry Discussing Motion for Relief Pursuant to 28 U.S.C. § 2255**

The movant's motion for relief pursuant to 28 U.S.C. § 2255 is premised on claims that he was denied effective assistance of counsel at trial and at sentencing, as well as in his direct appeal. *United States v. Black and McIntosh*, 2007 WL 959411 (7th Cir. March 30, 2007). Each specification of attorney ineffectiveness suffers from the same fatal defect, which is that Black has not shown prejudice in the manner required by *Strickland v. Washington,* 466 U.S. 668 (1984). In order to show prejudice from a counsel's inadequate representation, a petitioner "'must show that there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different . . . .'" *Pole v. Randolph,* 570 F.3d 922, 934 (7th Cir. 2009) (quoting *Strickland,* 466 U.S. at 694); *see also Wyatt v. United States,* 574 F.3d 455, 458 (7th Cir. 2009). The absence of such prejudice requires that Black's motion for relief pursuant to 28 U.S.C. § 2255 be **denied.** Judgment consistent with this Entry shall now issue.

    **IT IS SO ORDERED.**

Date: 12/01/2009

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana